**Ryan Anfuso, OSB 103254**
**Email: ryan@ryananfuso.com**
**Anfuso Law PC**
**1 SW Columbia St. Suite 1625**
**Portland, OR 97204**
**Tel: (503) 946-3646**
**Fax: (503) 946-3223**

**Attorney for Defendant Eli Victor McKenzie**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:25-cr-00250-AN |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF REPRESENTATION** |
| ELI VICTOR MCKENZIE, | ) |
| Defendant. | ) |

Ms. McKenzie, Defendant in the above-entitled matter, having retained Ryan J. Anfuso of Anfuso Law, P.C. requests that the Court list Ryan J. Anfuso as attorney of record and requests that the Court forward all communications to his office.

DATED this 17th day of June 2025.

ANFUSO LAW, P.C.

_____
Ryan J. Anfuso, OSB #103254

**Page 1 – Notice of Representation of Attorney**

1

2

3

4  **CERTIFICATE OF SERVICE**

5

6      I served a true copy of the foregoing **Notice of Representation** on the following

7  person(s) at the following address(es):

8

        AUSA Paul Maloney

9          U.S. Attorney's Office
        1000 SW 3rd Ave., Suite 600

10          Portland, OR 97204

11
Each copy was certified by me as a true copy, placed in a sealed envelope, addressed as above,

12  and mailed to the addresses listed above on June 17th, 2025.

13      Dated this 17th day of June 2025.

14

15          ANFUSO LAW, P.C.

16

17          _____

        Ryan J. Anfuso; OSB #103254

18          Attorney for Defendant

19

20

21

22

23

24

25

26
   **Page 2 – Notice of Representation of Attorney**