Ryan Anfuso, OSB 103254
Email: ryan@ryananfuso.com
Anfuso Law PC
1 SW Columbia St., Suite 1625
Portland, OR 97204
Tel: (503) 946-3646
Fax: (503) 946-3223

**Attorney for Defendant Eli Victor McKenzie**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:25-cr-00250-AN |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL |
| v. | |
| **ELI VICTOR MCKENZIE,** | |
| **Defendant.** | |

I, Ryan Anfuso, declare under penalty of perjury, that the following statements are true to the best of my knowledge and belief:

1. I was retained by Defendant on June 17, 2025.

2. The trial in this case is currently set for August 19, 2025.

3. This is the first request to continue the trial.

4. The bases for extension include: (1) to date Defendant has received only a minimal amount of discovery, (2) I anticipate additional discovery to become available, (3) additional time is needed to review the complete discovery with Defendant (when it becomes available) and investigate and prepare the case for trial.

5. Defendant is out of custody.

6. I have previously discussed with Defendant her rights under the Speedy Trial Act, 18 § U.S.C. 3161 and she confirmed that she does not object to the trial date being continued for a minimum of 90 days from the current trial date.

7. Defendant understands that the motion to continue constitutes a waiver of her speedy trial rights for the period of time that the trial is postponed, which will constitute excludable delay.

8. Assistant United States Attorney Paul Maloney *does not* oppose this motion.

DATED THIS DAY 10th day of July, 2025

_____
**Ryan Anfuso, OSB 103254**
Attorney for Defendant