Ryan Anfuso, OSB #103254
Anfuso Law PC
1 SW Columbia St. Suite 1625
Portland, Oregon 97204
(503) 946-3646
ryan@ryananfuso.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:25-cr-00250-AN |
| Plaintiff, | DEFENDANT'S SENTENCING MEMORANDUM |
| v. | |
| ELI VICTOR MCKENZIE, | |
| Defendant. | |

The Defendant, Eli Victor McKenzie, is set to appear before the Court October 8, 2025, at 1:00 PM for plea and sentencing hearing. She will plead guilty to the only count alleged: Failure to Obey a Lawful Order. The parties agree that pursuant to USSG § 1B1.9, the sentencing guidelines do not apply, and the Court may impose any sentenced authorized by statute. The maximum penalty for this offense is 30 days imprisonment, a fine of $5,000.00, and a $5.00 fee assessment.

Page 1   DEFENDANT'S SENTENCING MEMORANDUM

The parties jointly ask the Court to impose a sentence of 12 months of probation and a $5.00 assessment. The parties further stipulate that during the term of the probation, the Defendant is prohibited from entering the area surrounding the Immigration and Customs Enforcement Building in Portland, Oregon. Specifically, the Defendant would be prohibited from entering the area bounded by South Gaines Street to the North; South Boundary Street to the South; Southwest Terwilliger to the West; and the Willamette River to the East. The Defendant may use I-5 to transit the exclusion area so long as the Defendant does not depart the freeway or stop within the exclusion area.

The Defendant is 21 years old and a full-time college student. The Defendant has taken responsibility for her actions on the night of June 16, 2025. She understands that the manner in which she expressed her dissatisfaction with specific government policies in this instance was a violation of the law, and she regrets her actions. During the course of her arrest, the Defendant suffered injuries including a concussion, bruises, and a chipped front tooth. These injuries are a reminder of the risks associated with the conduct that resulted in her conviction.

Respectfully submitted this 3rd day of October, 2025.

                                                /s/ Ryan Anfuso
                                                Ryan Anfuso
                                                Attorney for Defendant